UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clement Haastrup,
Omolara Haastrup,
Adekule Haastrup,
Adeniyi Haastrup, and
Olushola Haastrup,

      Plaintiffs,

v.                                                                                  Civil No. 11-1416 (JNE/JJG)
                                                                    ORDER

Scott Baniecke, Field Office
Director, U.S. Immigration &
Customs Enforcement (ICE),
Rosemary Langley Melville,
Director, California Service Center,
USCIS, Alejandro Mayorkas,
Director USCIS, Eric Holder,
Attorney General, and Janet
Napolitano, Secretary, DHS,

      Defendants.

On June 8, 2011, the Court denied Plaintiffs' motion for a temporary restraining order (TRO). On June 10, 2011, Plaintiffs filed a letter requesting permission to file a motion to reconsider. The Court denies Plaintiffs' request.

Motions to reconsider are prohibited except by express permission of the Court. Courts in this district will grant permission to file a motion to reconsider only "upon a showing of compelling circumstances." D. Minn. L.R. 7.1(h). A district court has broad discretion in determining whether to grant or deny a motion to reconsider. *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 413 (8th Cir. 1998) ("Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence.").

The Court has reviewed its June 8, 2011, Order and concludes that it contains no manifest errors of law or fact. To the extent that the Court's prior Order was not clear, the Court fully

considered Plaintiffs' request for a TRO and found that Plaintiffs have not demonstrated that they will suffer irreparable harm absent a TRO enjoining either the initiation of removal proceedings or the termination of their conditional lawful permanent resident status.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Plaintiffs' June 10, 2011, letter request to file a motion to reconsider [Docket No. 21] is DENIED.

Dated: June 14, 2011

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge